# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

MICHAEL KEVIN DuPONT,
Petitioner

V.

DAVID NOLAN,
Respondent

28 USC §2254/Habeas Corpus
APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT With Request
for Assignment/Appointment of Counsel

CASE NUMBER:

I, _____Michael Kevin DuPont_____ declare that I am the (check appropriate box)

[x] petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [x] Yes    ☐ No    (If "No," go to Part 2)
   If "Yes," state the place of your incarceration __WALPOLE STATE PRISON(MCI Cedar Junction) PO Box 100, South Walpole, MA 02071__

   Are you employed at the institution? __NO__ Do you receive any payment from the _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    [x] No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
      It was sooooo long ago I do not accurately recall employment

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | [x] |
   | b. | Rent payments, interest or dividends | ☐ | [x] |
   | c. | Pensions, annuities or life insurance payments | ☐ | [x] |
   | d. | Disability or workers compensation payments | ☐ | [x] |
   | e. | Gifts or inheritances | ☐ | [x] |
   | f. | Any other sources | ☐ | [x] |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?    xx☒ Yes     ☐ No
   PRISON NON-ACCESSIBLE SAVINGS ACCOUNT $20.19 NOT USABLE UNTIL RELEASE
   If "Yes," state the total amount. _____ $20.19 _____ with $3.90 Frozen

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes     xx☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_June 18, 2004_           _[signature]_
Date                                         Signature of Applicant
                                          Michael Kevin DuPont pro se

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20040517 12:27

| Commit# : | W44692 | | MCI CEDAR JUNCTION | Page 1 |
|---|---|---|---|---|
| Name : | DUPONT, MICHAEL, , | Statement From | 20031101 | |
| Inst : | MCI CEDAR JUNCTION | To | 20040517 | |
| Block : | BLOCK 1 | | | |
| Cell/Bed : | 29 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Transaction before this Period : | | $270.51 | $269.96 | $20.13 | $0.00 |
| 20031107 16:24 | IS - Interest | 1923979 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031107 16:24 | IS - Interest | 1923980 | | CJ | | $0.00 | $0.00 | $0.02 | $0.00 |
| 20031209 13:37 | IS - Interest | 2060242 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031209 13:37 | IS - Interest | 2060243 | | CJ | | $0.00 | $0.00 | $0.02 | $0.00 |
| 20040113 12:01 | IS - Interest | 2227823 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040113 12:01 | IS - Interest | 2227824 | | CJ | | $0.00 | $0.00 | $0.02 | $0.00 |
| 20040210 11:35 | IS - Interest | 2357447 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040210 11:35 | IS - Interest | 2357448 | | CJ | | $0.00 | $0.00 | $0.02 | $0.00 |
| 20040301 22:30 | CN - Canteen | 2456199 | | CJ | -Canteen Date : 20040301 | $0.00 | $0.49 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2488908 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2488909 | | CJ | | $0.00 | $0.00 | $0.02 | $0.00 |
| 20040405 10:19 | ML - Mail | 2614730 | | CJ | -GRIEVANCE AWARD/CK#11233310/MISSING 10 STAMPS | $3.70 | $0.00 | $0.00 | $0.00 |
| 20040413 11:05 | IS - Interest | 2649564 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040413 11:05 | IS - Interest | 2649565 | | CJ | | $0.00 | $0.00 | $0.02 | $0.00 |
| 20040513 07:32 | IS - Interest | 2793980 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2793981 | | CJ | | $0.00 | $0.00 | $0.02 | $0.00 |
| | | | | | | $3.70 | $0.49 | $0.14 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $3.76 | $20.27 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $3.76 | $20.27 | $5.00 | $0.00 | $5.00 | $0.00 |

*6-MONTH PRISON ACCOUNT PRINTOUT.*

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION

MCI CEDAR JUNCTION

Interest Statement for Month Ending 20040531

Inmate: W44692    DUPONT, MICHAEL            Block: BLOCK 1
Current Date :    20040610                   Room: 21

| Personal Interest | Personal Balance | Savings Interest | Savings Balance |
|---|---|---|---|
| $.00 | $3.76 | $.02 | $20.29 |

*I Asked for more updated printout this past week but did not receive it. This is my same balance in mid-June 2004*

*Michael Dupont*