# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>MICHAEL KEVIN DUPONT</u>,
        Petitioner,

      v.

<u>DAVID NOLAN</u>
        Respondent.

CIVIL ACTION

NO. 04-11431-GAO

## ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Having considered the petitioner's Application to Proceed Without Prepayment of Fees and Affidavit under 28 U.S.C. § 1915;

☒     In accordance with Fed. R. Civ. P. 5(e), the clerk filed this petition on <u>June 17, 2004</u> and assigned it Civil Action No. <u>04-11431</u>

## ORDERS

Based upon the foregoing, it is ORDERED:

1. May the application to proceed without prepayment of fees be GRANTED?
    Yes ☒    No ☐

2. Is it FURTHER ORDERED, in accordance with 28 U.S.C. § 1915(b)(2), that the clerk send a copy of this Order to the institution having custody of plaintiff?
    Yes ☐    No ☒

<u> 6/24/2004 </u>        <u>s/ George A. O'Toole, Jr. </u>
    DATE                  UNITED STATES DISTRICT JUDGE

(habeas_ifp.ord.wpd - 11/98)                                      [oifphc.]