UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>MICHAEL KEVIN DUPONT</u>,
          Petitioner,

                                        CIVIL ACTION

    v.

                                        NO. 04-11431-GAO

<u>DAVID NOLAN</u>
          Respondent.

ORDER ON MOTIONS FOR APPOINTMENT
COUNSEL AND FOR EVIDENTIARY HEARING

Petitioner's motions for appointment of counsel and for an evidentiary hearing are DENIED without prejudice to the re-filing of these motions after the respondent has filed a responsive pleading to the petition.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>24th</u> day of <u>June</u>, 2004.

                                                s/ George A. O'Toole, Jr.
                                                GEORGE A. O'TOOLE, JR.
                                                UNITED STATES DISTRICT JUDGE