UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

MICHAEL KEVIN DuPONT,
Petitioner

v.   No. 04-11431-GAO

DAVID NOLAN,
Respondent

FILED
IN CLERKS OFFICE
2004 JUL -2
U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION FOR RECONSIDERATION OF COUNSEL ASSIGNMENT ON JULY 19 2004 AND TO DENY RESPONDENT'S TIME EXTENSIONS OR TO TRANSFER CASE TO JUDGE LINDSAY

Now comes your petitioner and moves this court to reconsider it's denial of counsel assignment on July 19 2004 and deny any and all time extensions requested by respondent or to transfer this case to Judge Lindsay who has 98-10309-RCL, 90-11082-RCL, 92-12420-RCL related litigation and knows petitioner always tells the truth to judges.

Petitioner avers under pain and penalty of perjury he is fully exhausted this court will have no discretion to deny an evidentiary hearing anyway and petitioner is entitled to release to go to the beach now, so respondent's counsel should not be allowed to delay release.

July 1, 2004

[signature]

Copy served on state Attorney General's office