UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

MICHAEL KEVIN DuPONT,
  PETITIONER

v.

DAVID NOLAN,
  RESPONDENT

No. 04-11431-GAO

FILED
CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS.

(Hearing Requested)

## PETITIONER'S EXHIBITS ON STATE DENIAL OF COUNSEL WITHOUT WAIVER THAT SUPPORT BAIL HEARING AND C.J.A. COUNSEL ASSIGNMENT TO EXPEDITE RELEASE AND EVIDENTIARY HEARING

Now comes the petitioner and files 4/12/99, 4/20/99, 7/1/99, 8/3/99, 9/2/99, 9/25/99, 12/13/99 transcripts with '02-P-20 decision showing State denial of pre-plea and plea counsel without a waiver of counsel.

Because this court cannot deny habeas corpus relief based on IOWA v TOVAR, 124 S. Ct. 1379 (2004) violation, an expedited bail release hearing and immediate assignment of C.J.A. counsel is:

July 1, 2004  Most Respectfully Requested
Copy served on                  Michael DuPont
Attorney General's              Michael DuPont Pro Se
office that already             Box 100, S. Walpole, MA, 02071
has these transcripts