UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MICHAEL KEVIN DUPONT, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 04-11431-GAO |
| DAVID NOLAN, | ) | |
| Respondent. | ) | |

**MOTION FOR ENLARGEMENT OF TIME
TO FILE ANSWER OR RESPONSIVE PLEADINGS TO
PETITION FOR WRIT OF HABEAS CORPUS**

The respondent, David Nolan, through counsel, respectfully moves this Court to enlarge the time in which to file an answer or other responsive pleading to the above-captioned petition for writ of habeas corpus to August 11, 2004.

As grounds therefor, the respondent's attorney states:

1. Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts requires the respondent to answer each allegation of the complaint and state whether the petitioner has exhausted state remedies including post-conviction actions. The Rule also requires that the respondent indicate what transcripts or parts of state court proceedings are available.

2. To this end, the respondent's attorney has requested the record of the petitioner's state court proceedings from the Middlesex County District Attorney's office. The district attorney's office is locating the files, which will speak to whether the petitioner has exhausted his state court remedies for the claims he now asserts.

WHEREFOR, the respondent respectfully moves this Court to enlarge the time for filing

2

an answer or other responsive pleading in the above-captioned petition to August 11, 2004.

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL

        /s Susanne G. Reardon
        Susanne G. Reardon
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200 ext. 2832
        BBO No. 561669

Dated: July 16, 2004

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon petitioner at the address below on July 16, 2004, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows:

Michael Kevin Dupont, pro se
P.O. Box 100
South Walpole, MA 02071

        /s Susanne G. Reardon
        Susanne G. Reardon
        Assistant Attorney General

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TORAINO PRIDGEN, )<br>)<br>    Petitioner, )<br>)<br>v.  )<br>)<br>LUIS SPENCER, )<br>)<br>    Respondent. )<br> ) | Civil Action No. 03-12332-RWZ |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for the respondent in the above-entitled matter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

January 27, 2004                          _____
                                          Susanne G. Reardon
                                          Assistant Attorney General
                                          Criminal Bureau
                                          One Ashburton Place
                                          Boston, Massachusetts 02108
                                          (617) 727-2200
                                           BBO#561669

January 27, 2004

Anthony Anastas, Clerk
United States District Court for the
  District of Massachusetts
One Courthouse Way
Suite 2300
Boston, MA 02210

        RE:    <u>Pridgen v. Spencer</u>
                  Civil Action No. 03-12332-RWZ

Dear Mr. Anastas:

    Enclosed please find for filing in the above-captioned matter the Respondent's Motion to Enlarge the Time for Filing an Answer, a Notice of Appearance and Certificate of Service.

    Thank you for your attention to this matter.

                              Very truly yours,

                              Susanne G. Reardon
                              Assistant Attorney General
                              Criminal Bureau

Enclosures

cc: Karen Morth, Esq.