UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

MICHAEL KEVIN DUPONT,
PETITIONER

V.                                  No. 04-11431-GAO

DAVID NOLAN,
RESPONDENT

MOTION FOR CLERK'S ENTRY OF DEFAULT

Now comes the Petitioner and, pursuant to Fed. Civ. P. Rule 55(a), moves for the clerk to enter the Respondent's default on the docket since more than allowed time has expired, AAG Reardon only has a frivolous vacation story for her continuence request, and this court has no legitimate reason for granting any extension of time knowing Petitioner is entitled to immediate release.

August 11, 2004
Copy served on
Ass't Atty. General
Susan Reardon

Respectfully Requested,

Michael Dupont Pro Se
P.O. Box 100
So. Walpole, MA 02071