UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL KEVIN DuPONT,
PETITIONER

v.                                              No. 04-11431-GAO

DAVID NOLAN,
Respondent

AFFIDAVIT FOR ENTRY OF DEFAULT

I Michael Kevin DuPont, hereby STATE PURSUANT TO Fed. Civ. P. Rule 55(a) under pain and penalty of perjury, that:

1) David Nolan has been AVAILABLE to answer, is not in Military service, not an infant or incompetent at all times since this court issued its 20 day Rule 4 answer order on June 24, 2004.

2) LAZY Attorney General Susan Reardon's vacation based time extension motion cannot support a continuance because petitioner is imprisoned and nobody cares about a government lawyers vacation.

3) Respondent's pretextual delay prejudices petitioner who is entitled to immediate release and a beach vacation himself.

Respectfully submitted,

August 11, 2004
Copy served on
A.A.G. Susan Reardon

Michael Kevin DuPont
P.O. Box 100
So. Walpole, MA.
02071