UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

MICHAEL KEVIN DuPONT, *
PETITIONER *
                          * No. 04-11431-GAO
v.                        *
DAVID NOLAN,              *
RESPONDENT                *
* * * * * * * *

PETITIONER'S MOTION FOR DEFAULT JUDGMENT
AND REMEDY OF IMMEDIATE RELEASE OR BAIL

Now comes the Petitioner, and, pursuant to Fed. Civ. P. Rule 55(b), moves this Court to award him judgment based on Respondent's default of not filing 20 day answer as required by this Court's June 24, 2004 ORDER and not filing an answer within August 11, 2004 extension time requested while using a frivolous vacation excuse which does not support further continuance. 28 USC § 2241 Immediate Release remedy in the interests of justice or Bail is now most respectfully requested.

August 13, 2004
Copy served on
Ass't Atty General
Susan Pearson

Michael DuPont pro se
P.O. Box 100
S. Walpole, MA. 02071

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL KEVIN DUPONT,
          Petitioner,

v.

DAVID NOLAN
          Respondent.

CIVIL ACTION

NO. 04-11431-GAO

## ORDER

Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, the Clerk of this Court shall serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to (i) David Nolan, Superintendent, MCI Cedar Junction, P.O. Box 100, Walpole, Massachusetts 02071 and (ii) Cathryn Neaves, Chief, Appellate Division, Attorney General for the Commonwealth of Massachusetts, One Ashburton Place, 18th Floor, Boston, MA 02108-1598.

It is further ordered that Respondent shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.

This Court further requests Respondent, as part of the return, to file such documents which reflect on whether Petitioner has exhausted his available state remedies with respect to the matters raised by the Petition.

| | |
|---|---|
| _6/24/2004_ | _s/ George A. O'Toole, Jr._ |
| DATE | UNITED STATES DISTRICT JUDGE |