UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

MICHAEL KEVIN DuPONT, xx
PETITIONER xxx
xxx No. 04-11431-GAO
V. xx
DAVID NOLAN, xx
RESPONDENT xx
xxxxxxxxxxxxxxxxxxxx

## PETITIONER'S MOTION TO STRIKE FALSE ENLARGEMENT OF TIME PLEADINGS AND ANSWER WHENEVER IT IS UNTIMELY FILED

Now comes the Petitioner in opposition to the vacation based continuance motion and moves to strike Ass Atty General Susan Reardon's false August 6, 2004 motion for an enlargement of time with prior pleadings, and moves to strike her untimely answer whenever it may be filed, while suggesting this court should refer her to the Board of Bar Overseers for discipline based on misleading

-1 of 2-

pleadings, IN RE LIGHTFOOT 217 F.3d 914, 918 (7th Cir 2000); Russell v Rolfs, 893 F.2d 1033 (9th Cir 1990). The petition is grounds have specific exhaustion brief + ALOFAR page citations and took a weekend to draft so AAG Reardon lied about needing more time to check exhaustion. No murder habeas can take priority because they never win and the vacation excuse was known when last continuance was requested, so it is also a false and frivolous new excuse. Petitioner only having six months left on 20 year sentence, that expired 8 years ago with good-time he is owed, should put his case as the top priority for release decision.

August 13, 2004

Mike Dufault

Copy served on Ass Atty General Susan Reardon

Mike Dufault
P.O. Box 100
S. Walpole, MA. 02071

```
                         Inmate Sentence Listing
                      W44692          DUPONT,MICHAEL
Report Date:2004 0809 15:28:12
--------------------------------------------------------------------------------
                              Sentence Unit: A
--------------------------------------------------------------------------------
Sent #: 1           Statute:         265      17                            140
                                ARMED ROBBERY
   Off. Date:  19850307
   Sent. Type: State Prison                                   PE:   19980706
     Imposed:  20001110                                       Min:  20050306
     Invoked:  20001110           20Y TO 20Y 1D               Max:  20050307
 Jail Credit:  5727                                           Gcd:
   Effective:  19850307
       Court:  MIDDLESEX CAM SUP CRT
      Docket:  85-987




--------------------------------------------------------------------------------
Sent #: 2           Statute:         269      10     a                      615
                                   Firearm
   Off. Date:  19850307
   Sent. Type: State Prison                                   PE:   19860125
     Imposed:  19860828                                       Min:  19880125
     Invoked:  20001110           3Y TO 5Y                    Max:  19900125
 Jail Credit:  5767                                           Gcd:
   Effective:  19850126
       Court:  MIDDLESEX CAM SUP CRT
      Docket:  85-981

                                          1 Years Earn Good Time Restrictions.
   1 Years Probation Restrictions.        1 Years Statutory good Time
   1 Years Work Release Restrictions.     Restrictions.
   1 Years Parole Restrictions.           1 Years Camp Time Restrictions.
                                          1 Years Furlough Restrictions.
--------------------------------------------------------------------------------
Sent #: 3           Statute:         265      15B                           172
                      ASSAULT BY MEANS OF DANGEROUS WEAPON
   Off. Date:  19850307
   Sent. Type: State Prison                                   PE:   19870125
     Imposed:  19860828                                       Min:  19880125
     Invoked:  20001110           3Y TO 5Y                    Max:  19900125
 Jail Credit:  5767                                           Gcd:
   Effective:  19850126
       Court:  MIDDLESEX CAM SUP CRT
      Docket:  85-983CT1
```

```
                      Inmate Sentence Listing
             W44692          DUPONT,MICHAEL
Report Date:2004 0809 15:28:12
---------------------------------------------------------------------------
                          Sentence Unit: A
---------------------------------------------------------------------------
Sent #: 4          Statute:        265      15B                         172
                          ASSAULT BY MEANS OF DANGEROUS WEAPON
    Off. Date:  19850307
   Sent. Type:  State Prison                              PE:   19870125
     Imposed:   19860828                                  Min:  19880125
     Invoked:   20001110        3Y TO 5Y                  Max:  19900125
  Jail Credit:  5767                                      Gcd:
    Effective:  19850126
        Court:  MIDDLESEX CAM SUP CRT
       Docket:  85-983CT2




---------------------------------------------------------------------------
Sent #: 5          Statute:        265      15B                         172
                          ASSAULT BY MEANS OF DANGEROUS WEAPON
    Off. Date:  19850307
   Sent. Type:  State Prison                              PE:   19870125
     Imposed:   19860828                                  Min:  19880125
     Invoked:   20001110        3Y TO 5Y                  Max:  19900125
  Jail Credit:  5767                                      Gcd:
    Effective:  19850126
        Court:  MIDDLESEX CAM SUP CRT
       Docket:  85-983CT3




---------------------------------------------------------------------------
Sent #: 6          Statute:        265      15A    b                    171
                               A&B BY MEANS OF D.W.
    Off. Date:  19850307
   Sent. Type:  State Prison                              PE:   19880525
     Imposed:   19860828                                  Min:  19900125
     Invoked:   20001110        5Y TO 10Y                 Max:  19950125
  Jail Credit:  5767                                      Gcd:
    Effective:  19850126
        Court:  MIDDLESEX CAM SUP CRT
       Docket:  85-984
```

```
                      Inmate Sentence Listing
                 W44692        DUPONT,MICHAEL
Report Date:2004 0809 15:28:12
--------------------------------------------------------------------------
                         Sentence Unit:  A
--------------------------------------------------------------------------
Sent #: 7        Statute:        265      18                         160
                     ARMED ASSAULT WITH INT. TO ROB OR MURDER
   Off. Date:  19850307
   Sent. Type: State Prison                              PE:   19880525
     Imposed:  19860828                                  Min:  19900125
     Invoked:  20001110        5Y TO 10Y                 Max:  19950125
 Jail Credit: 5767                                       Gcd:
   Effective:  19850126
       Court:  MIDDLESEX CAM SUP CRT
      Docket:  85-986




   Paroled         Revoked    Returned          Escaped      Returned
   --------        --------   ---------         --------     ---------
                                              Combined dates as of   20040807 04:01
                                              ----------------------------------------
    Time on parole:       0                    Original    Revised    Adjusted
 Dead time(parole):       0         PE Date :  19980706               19980703
 Dead time (escape):      0
        Earned time:   2.50         Minimum :  20050306               20050303
        Forfeitures:    .0          Maximum :  20050307               20050304
       Restorations:    .0          GCD Date:
```

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE APPEAL FORM
### FORWARD TO SUPERINTENDENT

| | | | | |
|---|---|---|---|---|
| **Name** | DUPONT MICHAEL | | **Institution** | MCI CEDAR JUNCTION |
| **Number** | W44692 | **Housing** BLOCK 1 | **Appeal Date** | 20-FEB-2004 |
| | | | **Date Of Grievance** | 12-FEB-2004 |
| | | | **Appeal Received Date** | 24-FEB-2004 |

**Appeal Remedy Requested:** Records manager Sharon Blanchard still refuses to restart my W/38655 sentence as of 9/28/98. As the Parole Board ordered in attached note and warrant taking custody retroactive, 9/28/98 service which Parole Legal Department agreed should have been done on 9/28/98

**Staff Recipient:** Pursuant to Brown V Commissioner, 336 Mass 718 (1958) order W/38655 to restart being served on 9/28/98 as Parole Board decided it should, calculate sentence and issue certificate of discharge, and pay me damages $$$ for harm caused by delay.

**Signature:** Aucoin Ann Marie CO I

---

## DECISION BY SUPERINTENDENT

**Appeal Received Date:** 24-FEB-2004  **Decision Date:** 06-APR-2004  **Decision:** Denied

**Decision By:** Nolan David F SUPERINTENDENT

**Reasons / Signature:** The Records Department has been contacted and they have informed me that they are waiting for your prior mittimus from your W-38655 sentence. Upon receipt of the mittimus for this sentence, your parole revocation date will be entered and your sentence recalculated. Upon your release from your current sentence, you will receive a Certificate of Discharge for your prior sentence as well as your current sentence.

*[signed]*  **Date** 4/7/04

---

## INMATE RECEIPT

| | | | |
|---|---|---|---|
| **Inmate's Name** | DUPONT MICHAEL | **Institution** | MCI CEDAR JUNCTION |
| **Number** | W44692 | **Appeal Received Date** | 24-FEB-2004 |
| **Staff Recipient** | Aucoin Ann Marie CO I | | |

**Superintendent's Signature:** _Received in 4/16/04 mail_ *[signed Mike Dupont]*

To: Michael Dupont, W38655

Fr: Kathy Howard, *Kathy Howard*
Record's Dept.

Re: Sentencing

August 5, 2004

Mr. Dupont,

This is a copy of your prior commitment dates that have been recalculated. I am in the process of requesting your release on the prior commitment & you will receive a copy of that Discharge paper upon your final release from state custody.

*This eliminates w/38655 parole violation detainer/warrant w/44692 immediate allowing release as soon as Judge O'Toole rules!*

*noted by [signature]*

```
                    Inmate Sentence Listing
                W38655        DUPONT,MICHAEL
Report Date:2004 0805 15:23:07              ̲P̲r̲i̲o̲r̲ ̲C̲o̲m̲m̲i̲t̲m̲e̲n̲t̲
------------------------------------------------------------------
                                    Combined dates as of    20040416 13:44
                                    ------------------------------------------
     Time on parole:      375                Original    Revised     Adjusted
  Dead time(parole):     4867    PE Date :   19821122
  Dead time (escape):       0
       Earned time:   110.00     Minimum :   19841122    19980321    19971201
        Forfeitures:      .0     Maximum :   19911122    20050320    20041130
       Restorations:      .0     GCD Date:   19871014    20010721    20010402
```

```
                    Inmate Sentence Listing
                    W38655      DUPONT,MICHAEL
Report Date:2004 0805 15:23:07                    *Prior Commitment*
-----------------------------------------------------------------
                        Sentence Unit:  A
-----------------------------------------------------------------
Sent #: 1          Statute:   1ST   266    15                      511
                              UNARMED BURGLARY

   Off. Date:  19801125
   Sent. Type: State Prison                              PE:  19821122
     Imposed:  19810312                                  Min: 19841122
     Invoked:  19811223      3Y TO 10Y                   Max: 19911122
 Jail Credit:  30                                        Gcd: 19871014
   Effective:  19811123
       Court:  WORCESTER SUPERIOR COURT
      Docket:  81-95046




-----------------------------------------------------------------
Sent #: 2          Statute:         266    49                      512
                              POSS. OF BURGLARIOUS INSTRUMENTS

   Off. Date:  19801125
   Sent. Type: State Prison                              PE:  19821122
     Imposed:  19810312                                  Min: 19841122
     Invoked:  19811223      3Y TO 10Y                   Max: 19911122
 Jail Credit:  30                                        Gcd: 19871014
   Effective:  19811123
       Court:  WORCESTER SUPERIOR COURT
      Docket:  81-95045




-----------------------------------------------------------------
Sent #: 3          Statute:         266    49                      512
                              POSS. OF BURGLARIOUS INSTRUMENTS

   Off. Date:  19801108
   Sent. Type: State Prison                              PE:  19821122
     Imposed:  19810312                                  Min: 19841122
     Invoked:  19811223      3Y TO 10Y                   Max: 19911122
 Jail Credit:  30                                        Gcd: 19871014
   Effective:  19811123
       Court:  WORCESTER SUPERIOR COURT
      Docket:  81-94705




  Paroled      Revoked    Returned         Escaped      Returned
  --------    ---------   ---------       ---------    ---------
  19840521    19850531    19980928
```