UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL KEVIN DuPONT,
 PETITIONER

v.                                     No. 04-11431-GAO

DAVID NOLAN,
 RESPONDENT

**PETITIONER'S DECISIONAL SUPPORT FOR SUMMARILY DENYING THE MOTION TO DISMISS**

For Judge O'Toole's convenience the petitioner files copies of main state decisions holding MGL c. 248 §§ 1, 25 habeas corpus are proper state avenues of litigation for exhausting his petition grounds. And the main federal decisions supporting his opposition.

1) AVERETT, PETITIONER 533 NE2d 1023 (1989);
2) PETITION OF O'LEARY 89 NE2d 769 (1950);
3) LYNCH, PETITIONER 389 NE2d 91 (1979);
4) RODRIGUEZ v SUPERINTENDENT 510 NE2d 286 (1987);
5) SMITH v DIGMON, 434 US 332 (1978);
6) RUSSELL v ROLFS 893 F2d 1033 (1990 9th Cir);
7) IN RE LIGHTFOOT 917 F2d 914 (7th Cir 2000).

Respondent did not specifically criticize 01-P-1792 brief federalization of all grounds now challenged or 02-P-20 brief federalization and the pages set out at beginning of each petition ground statement of supporting facts are the same as A of AA No. 113845 attached to opposition, which is a copy of DuPont v Commissioner 01-P-1792 brief. Petitioner shall file specific references verifying federalizing all challenged grounds by next week and avers under pain and penalty of perjury he exhausted state remedies by properly presenting all of his federal grounds to state courts.

Michael Kevin DuPont Pro se

August 24, 2004 copy served on Ass AG Susan Reardon of this pleading