UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

MICHAEL KEVIN DuPONT,
PETITIONER

v.   No. 04-11431-GAO

DAVID NOLAN,
RESPONDENT

## PETITIONER'S MOTION TO STRIKE RESPONDENT'S ANSWER, SUPPLEMENTAL ANSWER AND MOTION TO DISMISS FOR BAD FAITH OMISSION OF 01-P-1792 EXHAUSTION RECORD AND FALSE ANSWER DENIAL OF SUCH KNOWLEDGE

In her answer, the human piece of garbage, Susan Reardon, intentionally lies in paragraph 11(a)(3) and lies about her non-exhaustion defense because Respondent's attorney possesses 01-P-1792 brief and four volume appendix which career criminal Reardon should have obtained or could have obtained from the Middlesex District Attorney's office that was served in related 01-P-1794.

On the basis of AAG Reardon's bad faith refusal to file 01-P-1792 record as required by habeas Rule 4, Petitioner moves this Court to strike her incomplete answer, incomplete supplemental answer and motion to dismiss which was obviously fraudulent and misleading.

September 3, 2004                    Submitted by,
Copy served on                       /s/ Michael DuPont
Ass't Atty Gen Susan Reardon         Michael DuPont, pro se
                                     Box 100
                                     So. Walpole, MA 02071