UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

MICHAEL KEVIN DuPONT,
   PETITIONER

V.

DAVID NOLAN,
   RESPONDENT

No. 04-1431-GAO

FILED IN CLERKS OFFICE
2004 SEP -9 P 3:42
U.S. DISTRICT COURT
DISTRICT OF MASS

XXXXXXXXX

## MOTION FOR INVESTIGATION OF STATE ATTORNEY GENERAL'S OFFICE TARGETING SOME FEDERAL JUDGES FOR OMISSION OF COLLATERAL EXHAUSTION RECORDS

BECAUSE RESPONDENTS LAWYERS DON'T HAVE THE COURAGE TO TARGET JUDGES GERTNER, SARIS, WOLF AND WOODLOCK, BUT PREY ON KNOWN PRO GOVERNMENT BIASED JUDGES KEETON, LINDSAY, YOUNG AND ESPECIALLY O'TOOLE WITH FRIVOLOUS NON-EXHAUSTION FILINGS RELEASE TO DELAY RULINGS FOR YEARS AFTER JACKSON V COALTER, 337 F.3d 74, 78 n.3 80 (1ST CIR, 2003) KNOWING COLLATERAL REVIEW BRIEFS ARE NECESSARY TO DECIDE EXHAUSTION, BALDWIN V REESE, 124 S. CT 1347, 1349-1352 (2004) THE PETITIONER REQUESTS THE DISTRICT COURT TO CONDUCT A STATISTICAL INVESTIGATION OF THE STATE ATTORNEY GENERALS OFFICE TARGETING SOME FEDERAL JUDGES (MUCH MORE THAN OTHERS) FOR OMITTING COLLATERAL STATE EXHAUSTION RECORDS AND DELAYING LITIGATION WITH NON-MERITORIOUS NON-EXHAUSTION DEFENSE MOTIONS TO DISMISS.

SEPT. 3, 2004 COPY SERVED ON ASS ATTY GENERAL SUSAN REARDON

Requested By
Michael DuPONT PRO SE