UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

MICHAEL KEVIN DUPONT, *
PETITIONER *
*
V. *  No. 04-11431-GAO
*
DAVID NOLAN, *
RESPONDENT *
* * * * * * * * * * * *

NOTICE OF INTENT TO FILE DuPONT v. O'TOOLE BIVEN's COMPLAINT FOR UNTRAINED JUDGE FAILING TO COMPEL RESPONDENT TO FILE 01-P-1292 EXHAUSTION RECORD AND DELAY SUPPORTING JUDGE O'TOOLE DISQUALIFYING HIMSELF

It appears that following Ass Atty General Reardon targeting this court to play for a sucker, the United States may have failed to train this court that "most petitioners do not have the ability to submit the record with the petition and __the statute and Rules__ relieve them of any obligation to do so and __require the State to furnish the Record with the Answer__", Liebman, __Federal Habeas Corpus__, §15.2c p.711 (4th Edition 2001) so "A court __MUST__ direct the State to produce it", PLILER v FORD, 124 S.Ct. 2441, 2446-2447 n.2 (2004).

Petitioner intends to file a __Biven's claim__ notice and complaint based on the United States negligently failing to adequately train Judge O'Toole.

September 3, 2004 Disqualification suggested by
copy served on                               /s/ Mike DuPont
Ass Atty General Susan Reardon              Mike DuPont Pro Se
copy to Federal Judicial Training           P.O. Box 100
Center and Chief Judge William Young        So. Walpole, MA 02071