UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

MICHAEL KEVIN DuPONT,
    PETITIONER
                                No. 04-11431-GAO
V.

DAVID NOLAN,
    RESPONDENT

**PETITIONER'S DEMAND FOR EXPEDITED DECISION ON MERITS, AND ASSIGNED COUNSEL TO FACILITATE RELEASE OR FOR JUDGE O'TOOLE TO DISQUALIFY HIMSELF**

Now comes the Petitioner, and pursuant to 28 USCS 2242, demands an expedited decision on the merits and assignment of counsel to facilitate his immediate release or based on GAO courtroom reputation for slowness, untimely rulings and other abuses prejudicing other petitioners in the alternative Judge O'Toole is now requested to disqualify himself if he is not capable of decisions this month, due to petitioner only having 6 months left to serve.

In support hereof, petitioner avers under pain and penalty of perjury that he submitted 01-P-1392 briefs and four volume appendix for law library photocopying to mail out by end of next week busting the lying Ass Atty General Susan Reardon for fraud and verifying full exhaustion of state remedies

                                Demanded By
September 3, 2004                   Michie DuPont
Copy served on:
Ass Atty Gen Susan Reardon          Michael Kevin DuPont L0050
cc: Federal Judicial Training Centre  P.O. Box 100
    AND First Circuit Administrator  So. Walpole, MA 02071