UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

MICHAEL KEVIN DUPONT,
 PETITIONER

V.                                No. 04-11431-GAO

DAVID NOLAN,
 RESPONDENT

FILED
2004 SEP -9 P 3:52
U.S. DISTRICT COURT
DISTRICT OF MASS

PETITIONER'S THIRD MOTION FOR ASSIGNMENT OF COUNSEL TO EXPOSE THE RESPONDENT'S MISCONDUCT AND EXPEDITE HEARINGS FOR RELEASE WITHIN SIX MONTHS REMAINING TO BE SERVED ON TWENTY YEAR SENTENCE

Judge O'Toole knows the scumbag attorney's office is fraudulently stalling and delaying to moot hair the grounds on sentence issues when 20 year sentence expires on March 4, 2005, thru introduction of complex and frivolous procedural defenses and not filing collateral exhaustion record.

For the purpose of preventing dozens of future similar pretextual ploys wasting federal judges time, for the third time Petitioner moves for reconsideration of his original typed motion for assignment of counsel which is necessary to fully expose the Attorney General's offices pattern of misconduct, and to expedite a hearing for Petitioner's immediate release.

Sept. 3, 2004                    Respectfully Requested by
Copy Served on
Ass't Atty Gen Susan Pearson     Michael DuPont Pro Se
                                 P.O. Box 100
                                 S. Walpole, MA 02071