UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

MICHAEL KEVIN DuPONT, *
PETITIONER *
v. * 04-11431-GAO
DAVID NOLAN *
RESPONDENT *
* * * * * * * * * *

PETITIONER'S STATE EXHAUSTION 01-P-1792
APPENDIX VOLUME IV TRANSCRIPTS
_____

Now comes the PETITIONER, now filing DuPONT v Commissioner 01-P-1792 STATE Appeals Court Appendix Volume IV containing TRANSCRIPTS from Superior Court Habeas Corpus proceedings. These TRANSCRIPTS pages of 4/3/01 [IV: 22] and 5/2/01 pages 7, 26, 45-46, 63 et.seq [IV: 34, 55, 72-73, 92 et.seq] show Judge Donahue, PETITIONER DuPONT and the Respondent's Attorney David Slade All Agreed STATE Habeas Corpus was the proper vehicle to exhaust STATE remedies prior to Federal Habeas Corpus.

September 10, 2004                        SUBMITTED BY,
Copy served on the
Mass Atty General                         [signature]
Susan Reardon on                          Michael DuPont Pro Se
cover page only                           P.O. Box 100
                                          So. Walpole, MA 02071

[left margin: SHEA I really HAS appendix volume IV transcripts]