## ATTORNEY ASSIGNMENT REQUEST

Petitioner: <u>MICHAEL KEVIN DUPONT</u>    Case & Defendant Number <u>CA 04-11431-GAO</u>

Date of Appointment: <u>11-22-04</u>    Appointed by:_____

Attorney Withdrawn_____    Date of Withdrawal_____

Reason for Withdrawal_____

Number of Counts_____

Charge(s) and Cite(s)_____

Indictment_____    Information_____    Probation Revocation_____

Number of Defendants_____

Judge Code <u>0132</u>

Special Instructions: <u>John A. Amabile has been appointed</u>

PAUL S. LYNESS
Deputy Clerk

Date <u>NOVEMBER 19, 2004</u>

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

**Atty Assign Request.wpd**

[attyreq.;kattyreq.]