UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

MICHAEL KEVIN DuPONT,
        Petitioner

v.                                          No.04-11431-GAO

DAVID NOLAN,                                (Hearing Requested)
        Respondent

**MOTION FOR CLERK MARK BARRETTE TO BE TRAINED, OR FOR SANCTIONS AGAINST RESPONDENT, FOR PREVIOUSLY MISSING APPENDIX VOLUMES ONE, TWO AND THREE, MAILED IN SEPTEMBER, AND ATTY AMABILE INQUIRY**

    Now comes the Petitioner, averring under pain and penalty of perjury, that in September 2004 he mailed appendix volumes one, two and three with motions which are not even on this Court's docket entries, as verified by prison treasurers response to staff request mail log entries(original filed herewith), and the state 01-P-1792 primary brief proving exhaustion was also mailed with state Judge Donahue's decision(Appendix I:13):

> "Since DuPont alleges that his sentence has expired and he is being unlawfully held by the DOC, he has brought the correct and accurate procedural motion to prosecute his claim"(noting GL c.248,§ 1 habeas)

    Was clerk Mark Barrette negligent for failing to file and docket these vital documents ? or was the respondent culpable for not mailing them after processing ?

    Petitioner, therefore, moves for clerk Barrette to be trained, or for respondent to be sanctioned ! Because as of 12/28/04 copying time for this motion Attorney Amabile has not answered Petitioners 12/7/04 letter, an inquiry is made as to what responsibilities CJA counsel has, and a motion to compel the CJA lawyer to communicate, or for new counsel, will be filed next week **if Amabile has not expedited bail release hearing !**

December 29, 2004
copy served on
Ass Atty General
Susan Reardon
cc.Atty John Amabile

                            Respectfully Submitted,

                            /s/ Mike DuPont
                            Mike DuPont pro se
                            PO Box 100
                            S.Walpole,MA.02071

## DEPARTMENT OF CORRECTION

### INMATE REQUEST TO STAFF MEMBER

TO: MARY STOWE, TREASURER    DATE: 12/7/04
(name and title of officer or staff)

SUBJECT: State completely and concisely the problem you would like assistance in resolving. (give details)

Volumes I, II and III of my Appendix (200 pages each x 3 large manila envelopes) are missing from federal court filing docket entries that list only volume IV. Rick Salomon copied these in mid-late September 2004 and I sent them out by 103 CMR 481.10 indigent legal postage. I need to check my September + October 2004 mail log to see if they went out. (See attached verification of missing filings)

(use other side of page if required)

ACTION REQUESTED: (State in what manner and/or action should request be handled [be specific and detailed]).

Please send me listing of outgoing legal mail to Federal Court for months of September 2004 103 CMR 481.10 indigent legal mail. Thank you!

Name: Mike Dufault   No. W/44692   Living Quarters: B-1 cell #3

Work Assignment:

Note: Following instructions in the preparation of your request can mean early disposition, in an expeditious and intelligent manner. You will be interviewed, if it is necessary, to satisfactorily handle your request. Failure to be specific and detailed stating your problem, may result in no action being taken.

DISPOSITION: (Do not write below)

9/7  3 legal  US District Court
9/8  3 legal  US District Court
9/13  1 legal  US District
9/27  1 legal  to US District

These are the listing for legal mail processed to the US District Court

Received 12/28/04 by Mike Dufault

| | | |
|---|---|---|
| 09/15/2004 | ●25 *[handwritten: Sam'l envelope]* | MOTION to Strike Respondents Answer, Supplemental Answer and Motion To Dismiss for Bad faith Omission of 01-P-1792 Exhaustion Record and False Answer Denial of Such Knowledge 15 Answer to Complaint, 16 MOTION to Dismiss *petition for writ of habeas corpus*, 18 Answer to Complaint by Michael Kevin DuPont.(Barrette, Mark) (Entered: 09/15/2004) |
| 09/15/2004 | ●29 | Third MOTION to Appoint Counsel To Expose the Respondent's Misconduct and Expedite Hearings For Release Within Six Months Remaining To be served on Twenty Year Sentence by Michael Kevin DuPont.(Barrette, Mark) (Entered: 09/15/2004) |
| 09/20/2004 | ●31 | Respondents 01-P-1792 BRIEF Exhibit Opposing Grounds 1,3,4,5,6,7, &15 on the Merits and not contesting State Habeas Corpus Exhaustion Remedy by Michael Kevin DuPont to 16 MOTION to Dismiss *petition for writ of habeas corpus*. (Barrette, Mark) (Entered: 09/23/2004) |
| 09/20/2004 | ●32 | State Exhaustion 01-P-1792 **Appendix Volume IV** Transcripts by Michael Kevin DuPont. (Barrette, Mark) (Entered: 09/23/2004) |
| 11/19/2004 | ● | Judge George A. O'Toole Jr.: ORDER entered- Upon review of the file, this action is referred to the Magistrate Judge for appointment of counsel only.(Lyness, Paul) (Entered: 11/19/2004) |
| 11/19/2004 | ●33 | Judge George A. O'Toole Jr.: ORDER entered REFERRING CASE to Magistrate Judge Marianne B. Bowler Referred for: to appoint CJA Attorney (Attachments: # 1 Attorney assignment request# 2 Appointment of Counsel)(Edge, Eugenia) (Entered: 11/22/2004) |

*[Handwritten note at bottom: I mailed out several motions Appendix Volume I (200 pgs), Appendix Volume II (200 pgs), Appendix Volume III (200 pgs) that never got to federal court and never came back to me ??? 3 big manila envelopes missing]*

| | | |
|---|---|---|
| 08/20/2004 | 🔵15 | ANSWER to Complaint *habeas corpus petition* by David Nolan. (Reardon, Susanne) (Entered: 08/20/2004) |
| 08/20/2004 | 🔵16 | MOTION to Dismiss *petition for writ of habeas corpus* by David Nolan.(Reardon, Susanne) (Entered: 08/20/2004) |
| 08/20/2004 | 🔵17 | MEMORANDUM in Support re 16 MOTION to Dismiss *petition for writ of habeas corpus* filed by David Nolan. (Reardon, Susanne) (Entered: 08/20/2004) |
| 08/23/2004 | 🔵18 | Supplemental ANSWER to Complaint(Volume 1&2***Too Large to be Scanned***) by David Nolan.(Barrette, Mark) (Entered: 08/24/2004) |
| 08/24/2004 | 🔵22 | Petitioner's Filing of Grievance Appeal # 4420 Concession by Respondent Nolan's 8/3/04 Exhibit Stipulating Full Exhaustion of Apprendi-Based Blakely v. Washington Grounds 3,6,7 and 15 Allowing Partial Summary Judgment Immediate Release from Michael Kevin Dupont. (Barrette, Mark) (Entered: 08/30/2004) |
| 08/25/2004 | 🔵23 | Opposition re 16 MOTION to Dismiss *petition for writ of habeas corpus* filed by Michael Kevin DuPont. (Barrette, Mark) (Entered: 08/31/2004) |
| 08/31/2004 | 🔵24 | Petitioners Decisional Support for Summarily Denying the Motion to Dismiss from Michael Kevin Dupont. (Barrette, Mark) (Entered: 08/31/2004) |
| 09/09/2004 | 🔵26 | MOTION Investigation of State Atty. General's Office Targeting Some Federal Judges For Omission of Collateral Exhaustion Records by Michael Kevin DuPont.(Barrette, Mark) (Entered: 09/15/2004) |
| 09/09/2004 | 🔵27 | NOTICE of Intent To File Dupont v O'Toole Bivens Complaint For Untrained Judge Failing To Compel Respondent to File 01-P-1792 Exhaustion Record and Delay Supporting Judge O'Toole Disqualifying Himself by Michael Kevin DuPont (Barrette, Mark) (Entered: 09/15/2004) |
| 09/09/2004 | 🔵28 | Demand for Expedited Decision on Merits and Assigned Counsel To Facilitate Release or for Judge O'Toole to Disqualify Himself by Michael Kevin DuPont. (Barrette, Mark) (Entered: 09/15/2004) |
| 09/09/2004 | 🔵30 | Verified Demand For Denial of Respondent's Motion to Dismiss and for Exposure of AAG Susan Reardon's Misconduct or for Judge O'Toole to Disqualify Himself by Michael Kevin DuPont to 16 MOTION to Dismiss *petition for writ of habeas corpus*. (Barrette, Mark) (Entered: 09/15/2004) |

Attachment C

# MASSACHUSETTS CORRECTIONAL INSTITUTION
# CEDAR JUNCTION
# PHOTOCOPY REQUEST
## Main Law Library

All Documents requested for copy must be original legal documents in accordance with 103 CMR 478, (Paragraph 478.11 Section 4).

Name: _M. DuPont_  ID# _W/44692_  Date: _12/29/04_

BLOCK: _1_   CELL: _16_

Number of original legal documents (pages) to be copied: _5_

Number of copies requested: _3_

1 = Judge O'Toole Exhibits
1 = Ast AG Reardon
1 = Atty John Amabile

One Sided _✓_   Two Sided ____

Description of material to be copied: (attorney letter, motion, brief) _Motion w/ Exhibits_

Justification: (docket number, tracking schedule, official court notice) _04-11431-GAO_

Received: Rec/Officer ____ Date: ____ Time ____

Reviewed: Librarian (or designee) ____ Date: 12/29/04 Time: 8:30 p.m.

Copied and Completed by: (use stamp)

MCI-CJ RECEIVED DEC 29 2004 LIBRARY

**COMPLETED**

DEC 29 2004

By _V.V._
MCI-CJ Law Library

Note: office Nagle library duty 12/28/04 evening BST

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE APPEAL FORM
### FORWARD TO SUPERINTENDENT

#5299

| | | | | |
|---|---|---|---|---|
| **Name** | DUPONT MICHAEL | | **Institution** | MCI CEDAR JUNCTION |
| **Number** | W44692 | **Housing** BLOCK 1 | **Appeal Date** | 09-SEP-2004 |
| | | | **Date Of Grievance** | 23-AUG-2004 |
| | | | **Appeal Received Date** | 14-SEP-2004 |

**Appeal Remedy Requested:** I was prejudiced and harmed in Dupont v. Nolan #04-11431-GAO by six weeks denial of access to my Dupont V. Commissoner 01-P-1792 seized brief and 4 volume appendix that ass. Atty General Reardon concealed from Judge O'Toole unethically. Staff told me there would a new policy, then a Sgt. told me the CPO's union was protesting their role, so noboby gave me new access policy. I incorporate herein by reference all facts from grievance #5299 and I request up to one-hundred thousand dollars chapter 258 tort damages for negligent failure to train and supervise negligent guards. I also request a copy of the new policy for access to seized/stored files and tha I be scheduled for access again as soon as possible.

**Staff Recipient:** Aucoin Ann Marie  CO I

**Signature:**

---

## DECISION BY SUPERINTENDENT

**Appeal Received Date** 14-SEP-2004  **Decision Date** 21-SEP-2004  **Decision** PARTIAL APPROVAL

**Decision By** Nolan David F  SUPERINTENDENT

**Reasons:** All requests for legal exchanges shall be submitted in writing to the Property Department. Once received by the Property Officer he/she shall make arrangements to schedule you for a legal exchange.

**Signature:** [signed]   **Date** 9/23/04

---

## INMATE RECEIPT

**Inmate's Name** DUPONT MICHAEL      **Institution** MCI CEDAR JUNCTION

**Number** W44692             **Appeal Received Date** 14-SEP-2004

**Staff Recipient** Aucoin Ann Marie  CO I

**Superintendent's Signature**

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
#### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | | |
|---|---|---|---|---|---|
| Name | DUPONT MICHAEL | Grievance# 5299 | Institution | MCI CEDAR JUNCTION | |
| Commit No. | W44692 | Housing BLOCK 1 | Date Of Incident | 20040820 | Date Of Grievance 20040823 |

**Complaint:** On 7-18-04 at the same time I wrote Sgt Padula about denial of toilet paper for grievance #4738, I put in the same envelope a request to staff for access to my seized/stored legal files but Sgt Padula has not schedluled me for access in the past 5 weeks and also has not scheduled many other prisoners who request a legal exchange.

**Remedy Requested:** Investigate whether or not Sgt Padula put me on legal storage exhange list as a result of the 7-18-04 request to staff form I sent him and because I have Dupont VS Nolan, 04-11431-GAO, federal court opposition filing time limit and I need my transcripts, please schedule me for legal exchange this week.

**Staff Recipient:** Aucoin Ann Marie   CO I

**Staff Involved:**

**Signature:** [signed] Michael Dupont

---

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20040824   **Decision Date** 20040828

**Signature** Aucoin Ann Marie   CO I

**Final Decision** PARTIAL APPROVAL

**Decision:** You are scheduled to access your excess legal storage the week of August 29th-September 4th.

**Signature** [signed] Ann Marie Aucoin   **Date** 8/28/04

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

## INMATE RECEIPT

| | | | | | |
|---|---|---|---|---|---|
| Name | DUPONT MICHAEL | | | Institution | MCI CEDAR JUNCTION |
| Commit No. | W44692 | Grievance# | 5299 | Date Received | 20040824 |

**Signature.** Aucoin Ann Marie   CO I

*[handwritten note:] Response Received September 7, 2004 by mule w/ fail following my getting 1/2 hour access thursday 9/2/04*