UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Michael DuPont,
  Petitioner

v.                                No. 04-11431-GAO

David Nolan,
  Respondent

## REFILED APPENDIX VOLUME ONE

Now comes the Petitioner, averring under pain/penalty of perjury that he mailed Appendix Volume One to this Court in September 2004, as his mail log seeking clerk to be trained to follow with motion, shall verify, and refiles Appendix Volume One, but it does not appear on docket entries.

Resubmitted by

12/29/04
Copy served
on Ass Atty                    Michael DuPont Pro Se
General                         P.O. Box 100
Susan Reardon                   So Walpole, MA 02071

cc: Assigned Atty John Amabile who has not contacted petitioner, not responded to 12/7/04 letter yet?