UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

MICHAEL DUPONT,
PETITIONER

V.                    NO. 04-11431-GAO

DAVID NOLAN,
RESPONDENT

## REFILED APPENDIX VOLUME TWO

Now comes the Petitioner averring under pain/penalty of perjury that he mailed Appendix Volume Two to this court in September 2004, but the docket entries do not note it being filed so a motion seeking clerk to be trained with mail log exhibit shall be filed shortly, so Volume 2 is refiled.

12/29/04                Resubmitted by,

Copy served
on Ass Atty                 _____
General                 Michael Dupont pro se
Susan Reardon           P.O. Box 100
                        S. Walpole, MA 02071

cc: Atty John Amabile