UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETS

MICHAEL DuPONT      ✕
  PETITIONER'          ✕
                        ✕
V,                      ✕  NO. 04-11431-GAO
DAVID NOLAN            ✕
  RESPONDENT          ✕

✕  ✕  ✕  ✕  ✕  ✕  ✕

## REFILED APPENDIX VOLUME THREE

Now comes the petitioner, averring under pain/penalty of perjury, that he mailed appendix volume three to this court in September 2004, but the docket entries do not note it being filed, as mail log and motion being filed to the clerk shall verify soon, so volume 3 is refiled

12/29/04                        Resubmitted By
copy served
on Ass' Atty              Michael DuPont Pro Se
General                   P.O. BOX 100
Susan Reardon       S. Walpole, Ma. 02071

cc: Assigned Attorney John Amabile