UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

MICHAEL KEVIN DUPONT, \*
  PETITIONER          \*
                      \* No. 04-11431-GAO
V.                    \*
                      \*
DAVID NOLAN,          \*
  RESPONDENT          \*
xxxxxxxxxxxxxxxxxxxxxxx

~~EMERGENCY MOTION FOR COURT TO COMPEL~~
~~C.J.A. ATTORNEY JOHN AMABILE TO~~
~~COMMUNICATE WITH PETITIONER~~ OR
FOR REASSIGNMENT OF C.J.A. COUNSEL

  Now comes the Petitioner, averring under pain and penalty of perjury that he shall be released from prison in March 2005, and moves Judge O'Toole to compel Attorney John Amabile to communicate with the Petitioner, ~~or for assignment of a new C.J.A. lawyer who will press for a bail release hearing, accept collect calls and answer letters.~~

  In support hereof, Petitioner also avers that Amabile has not answered petitioners 12/9/04 letter or a second letter, his office secretary refuses to accept collect telephone calls in Boston and Brockton, and Amabile's Boston office says he does not work in Boston office and is always in Brockton.

1/6/05 copy served on
Ass't Atty Gen Susan Reardon                Submitted by,
C.J.A. coordinator
cc: Atty John Amabile                       [signature]
                                            Michael DuPont pro se