# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: MCI- CEDAR JUNCTION, SOUTH WALPOLE, MA

YOU ARE COMMANDED to have the body of __MICHAEL KEVIN DUPONT__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __9__, on the __3rd__ floor, Boston, Massachusetts on __January 27, 2005__, at __2:30 pm__

for the purpose of __Status Conference__

in the case of    MICHAEL KEVIN DUPONT  V.  __DAVID NOLAN, ETAL__

CA Number __04-11431-GAO__

And you are to retain the body of said __MICHAEL KEVIN DUPONT__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __MICHAEL KEVIN DUPONT__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this __21__ day of __JANAURY, 2005__.


GEORGE A. O'TOOLE, JR

UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

                                      TONY ANASTAS
                                      CLERK OF COURT

           SEAL

                                      By: __PAUL S. LYNESS__
                                           Deputy Clerk