# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:   MCI- Cedar Junction, S. Walpole, MA

YOU ARE COMMANDED to have the body of ___MICHAEL KEVIN DUPONT___ now in your custody,

before the United States District Court for the District of Massachusetts, United States Courthouse, 1

Courthouse Way, Courtroom No.___9___, on the___3rd___ floor, Boston, Massachusetts

on ___FEBRUARY 7, 2005___, at ___3:00PM___

for the purpose of ___MOTION HEARING___

in the case of ___MICHAEL KEVIN DUPONT  V  DAVID NOLAN___

CA Number ___04-11431-GAO___

And you are to retain the body of said ___MICHAEL KEVIN DUPONT___

_____ while before said Court upon said day and upon such other days thereafter as his attendance

before said Court shall be necessary, and as soon as may be thereafter to return said ___MICHAEL KEVIN

DUPONT___ to the institution from which he was taken, under safe and secure

conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And

have you then and there this Writ with your doings herein.

Dated this ___31st___ day of ___JANUARY, 2005___.


___GEORGE  A .O'TOOLE, JR___
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

                                                  TONY ANASTAS
                                                  CLERK OF COURT
               SEAL

                                                  By:___Paul S.  Lyness___
                                                      Deputy Clerk

(Habeas Writ.wpd - 2/2000)