UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB -7 P 3: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| KEVIN MICHAEL DUPONT, ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. 04-11431-GAO |
| DAVID NOLAN, ) | |
| Respondent. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for the respondent in the above-entitled matter.

Respectfully submitted,
THOMAS F. REILLY
ATTORNEY GENERAL

_/s/ Cathryn A. Neaves_
Cathryn A. Neaves (BBO#556798)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2557

Dated: February 7, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner, Kevin Michael Dupont, on February 7, 2005, both by hand delivering a copy and by depositing a copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to his counsel as follows: John Amabile, Esq., Amabile & Burkly, P.C., 380 Pleasant Street, Brockton, Massachusetts 02401.

_/s/ Cathryn A. Neaves_
Cathryn A. Neaves