UNITED STATES DISTRICT COURT
DISRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

' 2005 FEB -7 P 3: 00

U.S. DISTRICT COURT
DISTRICT OF MASS.

MICHAEL KEVIN DUPONT,
PETITIONER,

V.                                    CIVIL ACTION NO. 04-11431-GAO

DAVID NOLAN,
RESPONDENT,

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The assigned attorney for the petitioner, John Amabile, requests leave to withdraw as counsel. As grounds therefore, counsel states that a breach in the attorney client relationship, presumably irrevocable, has occurred.

Respectfully submitted,

John A. Amabile
Amabile & Burkly, P.C.
Attorney for Petitioner
380 Pleasant Street
Brockton MA  02301
508-559-6966
bbo # 016940