Re: DuPont v Nolan 04-11431-GAO
Notifying Mike DuPont
P.O. Box 100
So Walpole, MA 02071

Dear Clerk:

Because Judge O'Toole allowed incompetent Attorney John Amabile to withdraw today, please put "Notify" next to my name so I will get notice from your court until a new competent lawyer is assigned, and please send me an updated copy of my 04-11431-GAO docket entries! please file the enclosed! we discussed at 2/7/05 Hearing — thank you!

Mike DuPont pro se