UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

MICHAEL KEVIN DuPONT,  *
         Petitioner  *
                          *
v.                        *
                        *  No.04-11431-GOA
DAVID NOLAN,  *
         Respondent  *
                          *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO ASSIGN NEW COMPETENT C.J.A. COUNSEL

Now comes the Petitioner, having been given obviously incompetent Attorney John Amabile who does not know controlling federal decisional law and is not dilligent in any way, shape or form, and moves Judge O'Toole to reassign new Criminal Justice Act competent counsel for Rule 8(c) evidentiary hearing and post-hearing briefing on the merits.

In support of this motion, Petitioner files two Amabile victims (Jack Beliard al/ & Leonard Jackson) affidavits with his affidavit and pending Board of Bar Overseers complaint WAS already filed.

February 7, 2005

MOST RESPECTFULLY REQUESTED,

*Michael Kevin DuPont*
Michael Kevin DuPont pro hac vice
PO Box 100
S.Walpole, MA. 02071

Copy served on Attorney
General's Office in court

cc. Federal CJA Assignment staff

a1/ CONTRARY TO JOHN AMAbiLE Lying in court FAlsely Claiming Conflict just this past week, prior December 2004 letters put Amabile on notice and three weeks ago Amabile received my Com V. Beliard New Trial motion Attacking Amabile dated January 14, 2005, but Amabile was too Lazy to Read my mail and lied about Reading my mail when he spoke to me, because if he read my mail he would have seen my forty page new trial motion Attacking him on 1/14/05.