UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL KEVIN DUPONT,<br><br>    Petitioner,<br><br>v.<br><br>DAVID NOLAN,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 04-11431-GAO<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please take notice of the appearance of the undersigned as counsel for Respondent David Nolan in the matter listed above.

                                             Respectfully submitted,

                                             THOMAS F. REILLY
                                             Attorney General


                                             /s/ Randall E. Ravitz
                                             Randall E. Ravitz (BBO # 643381)
                                             Assistant Attorney General
                                             Criminal Bureau
                                             One Ashburton Place
                                             Boston, Massachusetts  02108
                                             (617) 727-2200, ext. 2852

Dated:  October 20, 2005