UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL K. DuPONT

        Petitioner

        V.                                      CIVIL NO. 04-11431-GAO

DAVID NOLAN
  Office of the Attorney General

        Respondent

## PETITIONER'S MOTION FOR A HEARING TRANSCRIPT AT THE GOVERNMENT'S EXPENSE UNDER 18 U.S.C.§ 3006(A)

The Petitioner, through counsel, respectfully requests that this Court, under the Criminal Justice Act, 18 U.S.C. § 3006A, enter an order that the hearing transcript for February 7, 2005, be prepared at the expense of the government. The court reporter, Richard Romanow, has advised that this transcript is approximately twenty-five pages and the cost should be under one hundred dollars.

Dated: October 21, 2005

                                                    MICHAEL DuPONT

                                                    By his attorney

                                                    /s/ Lois Lewis
                                                    Lois Lewis
                                                    74 Fuller Terrace
                                                    West Newton, MA 02465
                                                    Tel: (617) 969-4854
                                                    BBO # 298580