UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


MICHAEL K. DuPONT

        Petitioner

        V.                                  CIVIL NO. 04-11431-GAO

DAVID NOLAN
  Office of the Attorney General

        Respondent

## MOTION TO EXTEND TIME IN WHICH TO FILE MEMORANDUM FOR THE PETITIONER

       The petitioner, Michael Dupont, through counsel, respectfully requests that this Court allow a continuance from August 4, 2006 to and including August 11, 2006 in which to file his memorandum in support of the application for a writ of habeas corpus for the following reasons:

       1.  Counsel has forwarded a draft of the memorandum to the petitioner for his review and comments, because the petitioner filed this application pro se and has been litigating some of the issues presented in this application for several years.  In response the petitioner has suggested additional material to include in the memorandum.

       2.  Although counsel has been provided with extensive documents in this matter, there is no brief that was submitted by the petitioner to the state Appeals Court.  It is important that the relevant issues briefed and argued in the state appellate court be available for this Court.  The assistant attorney general, Susan Reardon, has graciously offered to provide counsel with a copy of this brief from Westlaw.

       Dated: August 1, 2006

MICHAEL K. DuPONT

By his attorney

/s/ Lois M. Lewis
Lois M. Lewis
74 Fuller Terrace
West Newton, MA 02465
BBO # 298580

Certificate of Service
I hereby certify that this document filed
through the ECF system will be sent electronically
to the registered participants as identified on the Notice
of Electronic Filing (NEF) and paper copies will be
sent to those indicated as non registered participants on
August 1, 2006

/s/ Lois Lewis
Lois Lewis