10/06/2006 11:19 FAX 978 405 6133        D.O.C-CENTRAL RECORDS                @002/003
02/15/2005 12:36    5088509065               CLASSDIV                        PAGE 01/01

# THE COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION



### CERTIFICATE OF RELEASE

Know all men by these presents:

It having been made to appear to the Commissioner of Correction that

**MICHAEL DUPONT** , No **W44692**

a prisoner sentenced to **MCI-Cedar Junction**

is entitled to be released as the sentence has expired by operation of law.

Now, Therefore, in accordance with the law it is ordered by the Commissioner of Correction that the said prisoner be, and is hereby released from further imprisonment on the .

Twenty-Sixth day of February , 2005

*Kathleen M. Dennehy*
Commissioner of Correction

Commissioner of Correction

The above-named prisoner was discharged from imprisonment in accordance with the above order of the Commissioner of Correction on this

Twenty-Sixth day of February , 2005

Superintendent

Release in accordance with attached release order instructions.

# THE COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION



## RELEASE ORDER INSTRUCTIONS

Inmate Name : __MICHAEL DUPONT__

Commitment# : __W44692__

Release Order Instructions :

RELEASE TO NORFOLK CO AUTHORITIES ON WRENTHAM D/C  6 MOS H/C 30 DAYS TO SERVE F&A ; NOTIFY U MARSHALS SERVICE - BOSTON UPON FINAL RELEASE