UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL K. DuPONT

        Petitioner

        V.                              CIVIL NO. 04-11431-GAO

DAVID NOLAN
  Office of the Attorney General

        Respondent

## MOTION TO EXTEND TIME IN WHICH TO FILE REPLY TO GOVERNMENT'S MEMORANDUM IN OPPOSITION TO HABEAS CORPUS PETITION

      The petitioner, Michael K. Dupont, through counsel, respectfully requests that this Court allow a continuance from October 27, 2006 to and including October 31, 2006 to file a reply to the government's memorandum in opposition to the habeas corpus petition for the following reasons:

      1. This application for a writ of habeas corpus was filed pro se by the petitioner, Michael K. DuPont, and counsel was appointed. The petitioner has had substantial input throughout these proceedings.

      2. A draft of this reply memorandum was forwarded to the petitioner for his review.

      3. Several comments and suggestions were made by the petitioner that counsel intends to incorporate before filing this reply memorandum.

      Dated: October 27, 2006

          MICHAEL K. DuPONT

          By his attorney

          /s/ Lois M. Lewis
          Lois M. Lewis
          74 Fuller Terrace
          West Newton, MA 02465
          BBO # 298580

Certificate of Service
I hereby certify that this document filed
through the ECF system will be sent electronically
to the registered participants as identified on the Notice
of Electronic Filing (NEF) and paper copies will be
sent to those indicated as non registered participants on
October 27, 2006


/s/ Lois Lewis
Lois Lewis