**Commonwealth of Massachusetts**
**MIDDLESEX SUPERIOR COURT**
Case Summary
Criminal Docket

### MICR1985-00981
### Commonwealth v Dupont, Michael K

| | | | |
|---|---|---|---|
| **File Date** | 09/03/1998 | **Status** | Disposed: Appeal Assembled (dapassem) |
| **Status Date** | 11/01/2004 | **Session** | 5 - Crim 5 (10B Cambridge) |
| **Jury Trial** | Yes | **Origin** | I - Indictment |
| **Lead Case** | | | |

| | | | | |
|---|---|---|---|---|
| **Arraignment** | | **Track** | | **Final PTC** |
| **Disp. Deadline** | | **Deadline Status** | | **Status Date** |
| **Pro Se Deft** | No | **Custody Status** | | **Start Date** |
| **Weapon** | | **Substance** | | **Prior Record**    Unknown |

### OFFENSES

| Num | Offense | Code | Status | Status Date |
|---|---|---|---|---|
| 1 | 03/07/1985 | 269:010:a | Guilty plea | 12/13/1999 |
| | Dang weapon, possess gun, no license, on person/in MV | | | |
| 2 | 03/07/1985 | 265:018B.1 | Dismissed | 08/07/1986 |
| | Felony, firearm | | | |
| 3 | 03/07/1985 | 265:015B:b | Guilty plea | 12/13/1999 |
| | Assault, dangerous weapon | | | |
| 4 | 03/07/1985 | 265:015A:b | Guilty plea | 12/13/1999 |
| | Assault & battery, dangerous weapon | | | |
| 5 | 03/07/1985 | 265:018:b.1 | Nolle prosequi | 01/20/2000 |
| | Assault, armed, intent to rob | | | |
| 6 | 03/07/1985 | 265:018:b.2 | Guilty plea (lesser offense) | 12/13/1999 |
| | Assault, armed, intent to murder | | | |
| 7 | 03/07/1985 | 265:017.1 | Guilty plea | 12/13/1999 |
| | Robbery, armed | | | |

### PARTIES

**Defendant**
Michael K Dupont
Gender: Male
Active 09/03/1998 Notify

**Private Counsel 638589**
Kern William Cleven
875 Massachusetts Avenue
Suite 31
West Cambridge, MA 02139
Phone: 617-441-4046
Withdrawn 05/09/2000

**Private Counsel 551450**
John Gregory Swomley
Swomley & Associates
227 Lewis Wharf
Boston, MA 02110
Phone: 617-227-9443
Fax: 617-227-8059
Withdrawn 01/30/2001