# Commonwealth of Massachusetts

30-

MIDDLESEX, TO WIT:

At the SUPERIOR COURT, begun and holden at the CITY OF CAMBRIDGE, within and for the County of Middlesex, for the transaction of Criminal Business on the first Monday of April in the year of our Lord one thousand nine hundred and Eighty-five

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present,

That   Michael K. Dupont

on the   Seventh   day of   March   in the year of our Lord one thousand nine hundred and   Eighty-five

at   Woburn   in the County of Middlesex aforesaid,

being armed with a dangerous weapon, to wit: a firearm did assault   Susan Sullivan   with intent to rob her, and thereby did rob and steal from the person of said   Susan Sullivan

drugs

of the property of:   CASE Pharmacy of Woburn

Against the peace of said Commonwealth, and contrary to the form of the statute in such case made and provided.

A true bill.

*Elizabeth Floor*
*Foreman of the Grand Jury.*

*District Attorney.*

85- 987

S.R.A. 9