# *Lois M. Lewis*
*Attorney-at-Law*
*74 Fuller Terrace*
*West Newton, Massachusetts 02465*

———

*(617) 969-4854*

February 15, 2008

Clerk of Court
United States District Court
District of Massachusetts
John Joseph Moakley Federal Courthouse
One Courthouse Way Suite 2300
Boston, MA 02210

Re:   Michael K. DuPont, Petitioner, v. David Nolan, Office of the Attorney General, Respondent
      Civil No. 04-11431-GAO

Dear Mr. Lyness:

As the above captioned matter is still pending before this Court, out of an abundance of caution, there is a concern the three year state statute of limitations, Mass. Gen. L. ch. 260 et seq., may act as a bar to any further filings in the state courts related to this matter after February 26, 2008 which is three years from the date of Mr. DuPont's release from state custody.

Unfortunately Mr. DuPont cannot file any state collateral proceeding to be stayed awaiting a decision in this Court. Therefore, Mr. DuPont respectfully requests this Court to enter an opinion prior to that date.

Thank you.


Sincerely,


/s/ Lois Lewis
Lois Lewis

Certificate of Service
I hereby certify that this document filed
through the ECF system will be sent electronically
to the registered participants as identified on the Notice
of Electronic Filing (NEF) and paper copies will be
sent to those indicated as non registered participants on
February 19, 2008

/s/ Lois Lewis
Lois Lewis