UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL KEVIN DUPONT
                    Petitioner

            v.                                      CIVIL ACTION NO._04-11431-GAO_

DAVID NOLAN
                    Respondent

**JUDGMENT IN A CIVIL CASE**

_O'TOOLE_        , D.J.

☐      **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried
and the jury has rendered its verdict.

X      **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have
been tried or heard and a decision has been rendered.

       **IT IS  ORDERED AND ADJUDGED**

       Pursuant to the court's Opinion and Order, dated February 25, 2008, the petition for habeas
corpus is DENIED.

                                          SARAH A. THORNTON,
                                          CLERK OF COURT

Dated:_2/26/08_                           By __/s/ Paul Lyness__
                                             Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)