UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL K. DuPONT

        Petitioner   (Applicant)

    V.                                    CIVIL NO. 04-11431-GAO
                                            NOTICE OF APPEAL

DAVID NOLAN
  Office of the Attorney General

        Respondent

## NOTICE OF APPEAL TO THE FIRST CIRCUIT COURT OF APPEALS FROM A JUDGMENT AND ORDER OF THE DISTRICT COURT

Notice is hereby given that Michael K. DuPont, petitioner-applicant, in the above captioned matter hereby appeals to the United States Court of Appeals for the First Circuit from the denial of his certificate of appealability entered April 23, 2008 (Docket # 77) and the final order and judgment denying his habeas corpus petition docketed April 22, 2008 (Docket # 76).

Dated: May 1, 2008

                                              MICHAEL K. DuPONT
                                            By:
                                            /s/ Lois M. Lewis  (BBO# 29858)
                                            Lois M. Lewis
                                            74 Fuller Terrace
                                            West Newton, MA 02465
                                            Tel: 617.969.4854

        Certificate of Service
I hereby certify that this document filed through the ECF
system will be sent electronically to the registered participants
as identified on the Notice of Electronic Filing (NEF) and
paper copies will be sent to those indicated as non registered
 participants on May 1, 2008.

 /s/ Lois M. Lewis
 Lois M. Lewis